```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUCAS VASQUEZ LEONARD,                                                 :
                                                                       :
                        Plaintiff,                                     :
                                                                       :    22 Civ. 2085 (JPC)
        -v-                                                            :
                                                                       :    ORDER
SHADES OF GREEN LLC and JOHN PATRICK                                   :
CORMICAN,                                                              :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on March 14, 2022. Dkt. 1. Defendants have not appeared in this action, and the docket does not reflect whether Defendant John Patrick Cormican has been served.[1] Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff is ordered to file a status letter by June 21, 2022, describing (1) whether service of the summons and Complaint has been made on Defendant John Patrick Cormican, and (2) if service has not been effected on this Defendant, whether Plaintiff requests an extension of time to serve the individual Defendant. If Plaintiff requests an extension of time to effect service, Plaintiff shall include in his letter an explanation of why there is good cause to excuse his failure to serve the individual Defendant within the 90-day deadline set by Rule 4(m). See Fed. R. Civ. P. 4(m) ("[I]f

---

[1] Defendant Shades of Green LLC was served with the summons and Complaint on April 13, 2022, making its answer due by May 4, 2022. Dkt. 7.

the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Defendant John Patrick Cormican, Plaintiff must file proof of service on the docket no later than June 21, 2022.

    SO ORDERED.

Dated: June 14, 2022
       New York, New York

                                      JOHN P. CRONAN
                                 United States District Judge