UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
LUCAS VASQUEZ LEONARD,                                                  :
                                                                        :
                              Plaintiff,                                :
                                                                        :   22 Civ. 2085 (JPC)
            -v-                                                         :
                                                                        :   ORDER
SHADES OF GREEN LLC and JOHN PATRICK                                    :
CORMICAN,                                                               :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 14, 2022, the Court issued an order directing Plaintiff to "file a status letter by June 21, 2022, describing (1) whether service of the summons and Complaint has been made on Defendant John Patrick Cormican, and (2) if service as not been effected on this Defendant, whether Plaintiff requests an extension of time to serve the individual Defendant." Dkt. 8 at 1. The Court further directed that "[i]f Plaintiff requests an extension of time to effect service, Plaintiff shall include in his letter an explanation of why there is good cause to excuse his failure to serve the individual Defendant within the 90-day deadline set by Rule 4(m)." *Id.* The June 21, 2022 deadline has passed and Plaintiff has failed to file a status letter in accordance with the Court's June 14 order.

Plaintiff is hereby directed to file the status letter addressing service of the summons and Complaint on Defendant John Patrick Cormican by June 24, 2022. Plaintiff is on notice that his failure to file a status letter by the June 24, 2022 deadline may result in the dismissal of his claims

as to the individual Defendant without further notice for failure to prosecute and for failure to comply with Court orders under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 22, 2022
New York, New York

                                              JOHN P. CRONAN
                                      United States District Judge