```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUCAS VASQUEZ LEONARD,                                           :
                                                                 :
                              Plaintiff,                         :
                                                                 :    22 Civ. 2085 (JPC)
               -v-                                               :
                                                                 :    ORDER
SHADES OF GREEN LLC and JOHN PATRICK                             :
CORMICAN,                                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 24, 2022, the Court issued an order directing Plaintiff to "file a letter advising the Court as to the status of Defendant Shades of Green, LLC, including whether this Defendant seeks an extension of time to respond to the Complaint," by June 29, 2022. Dkt. 11. The June 29, 2022 deadline has passed and Plaintiff has failed to file a status letter in accordance with the Court's June 24, 2022 Order. Plaintiff is hereby directed to file such status letter by July 5, 2022, as directed by the Court in the June 24, 2022 Order.

SO ORDERED.

Dated: June 30, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge