UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LUCAS VASQUEZ LEONARDO,                                                 :
:
                Plaintiff,                                      :
:     22 Civ. 2085 (JPC)
   -v-                                                               :
:     ORDER
SHADES OF GREEN LLC and JOHN PATRICK                                    :
CORMICAN,                                                               :
:
                Defendants.                                     :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 24, 2022 and July 6, 2022, the Court directed Plaintiff to file proof of service of the summons and Complaint on Defendant John Patrick Cormican by July 10, 2022.  Dkts. 11, 14. The July 10, 2022 deadline has passed and Plaintiff has failed to file proof of service as to Defendant John Patrick Cormican.  Accordingly, it is hereby ORDERED that Plaintiff shall file proof of such service on the docket by July 14, 2022, as directed by the Court in its June 24 and July 6 Orders.

       SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                                         JOHN P. CRONAN
                                            United States District Judge