UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LUCAS VASQUEZ LEONARDO,                                           :
                                                                  :
                              Plaintiff,                          :
                                                                  :          22 Civ. 2085 (JPC)
              -v-                                                 :
                                                                  :          ORDER
SHADES OF GREEN LLC and JOHN PATRICK                              :
CORMICAN,                                                         :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court understands from Plaintiff's letter dated August 16, 2022 that the parties were

able to resolve this matter and have fully executed a settlement agreement.  It is hereby ORDERED

that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport*

*Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by August 30,

2022.  Counsel for Defendants is reminded to enter a notice of appearance on the docket.

      SO ORDERED.

Dated: August 18, 2022
      New York, New York
                           JOHN P. CRONAN
                      United States District Judge