```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LUCAS VASQUEZ LEONARDO,                       :
                                              :
                     Plaintiff,               :
                                              :
           -v-                                :    22 Civ. 2085 (JPC)
                                              :
SHADES OF GREEN LLC and JOHN PATRICK          :    ORDER
CORMICAN,                                     :
                                              :
                     Defendants.              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Parties are hereby ORDERED to appear for a status conference on September 13, 2022, at 2:00 p.m. Counsel for all parties shall call (866) 434-5269, access code 9176261. The Parties should be prepared to discuss why the bifurcated settlement agreement, which entails a complete, general release of any and all claims relating to Plaintiff's employment under various federal and state laws other than the FLSA, should be approved. *See, e.g.*, *Bazile v. Asset Protection Grp. LLC*, No. 18 Civ. 6820 (DLI) (SJB), 2019 WL 7985168, at *3 (E.D.N.Y. Nov. 27, 2019) ("A plaintiff who executes a FLSA settlement containing a limited release, while simultaneously executing a NYLL settlement containing a general release, has not in fact received a limited release."); *Torres v. McGowan Builders*, No. 18 Civ. 6099 (RML), 2020 WL 5369056, at *3 (E.D.N.Y. Sept. 8, 2020) (denying approval of "bifurcated" settlement, memorialized in two agreements, where the non-FLSA agreement contained "several provisions that would be impermissible if included in the FLSA settlement agreement").

      SO ORDERED.

Dated: September 8, 2022  
      New York, New York  
                                                          JOHN P. CRONAN  
                                                          United States District Judge